IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JESSE LEE BROWN, | : |
| | : |
| Plaintiff, | : |
| | : |
| VS. | : |
| | : NO.: 4:20-CV-260-CDL-MSH |
| Sheriff DONNA TOMPKINS, *et al.*, | : |
| | : |
| Defendants. | : |
| _____ | : |

### ORDER

Plaintiff Jesse Lee Brown, an inmate at the Muscogee County Jail in Columbus, Georgia, filed a motion that was docketed as a 42 U.S.C. § 1983 action. ECF No. 1. On November 2, 2020, the Court ordered Plaintiff to complete and return the required 42 U.S.C. § 1983 form and either pay the $400.00 filing fee or move to proceed *in forma pauperis*. ECF No. 3. Plaintiff was given fourteen days to respond. Plaintiff failed to respond, and the mail sent to Plaintiff was returned to the Court as undeliverable.

On November 20, 2020, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to submit the 42 U.S.C. § 1983 form and either pay the $400.00 filing fee or move to proceed *in forma pauperis*. ECF No. 5. The Court told Plaintiff that should he fail to respond, his action would be dismissed. *Id*. Plaintiff did not respond.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P.

41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 9th day of December, 2020.

S/Clay D. Land_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA